UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-81487-BLOOM/VALLE

KERRI C. WOOD,
individually and on behalf of
others similarly situated,

    Plaintiff,

v.

J CHOO USA, INC.,
a Delaware corporation,

    Defendant.
_____/

## JOINT STATUS REPORT

The Court's August 29, 2016 Order cancelling the hearing on Plaintiff's Renewed Motion to Compel (the "Order") directed that Plaintiff Kerri C. Wood ("Plaintiff") and Defendant J Choo USA, Inc. ("Defendant") file a Joint Status Report reflecting the parties' good faith effort to narrow and/or resolve the discovery issues raised in Plaintiff's Renewed Motion to Compel Better Answers to Plaintiff's First Set of Interrogatories and First Requests for Production of Documents (ECF No. 36) (the "Motion").

Since that time, counsel for Plaintiff and Defendant have conducted multiple meet and conferrals via telephone calls and email correspondence and have resolved the issues raised in the Motion as follows: (1) Counsel for Defendant have provided to Plaintiff their best available information as to the total number of non-employee customers who made credit- and debit-card point-of-sale transactions at U.S. Jimmy Choo stores between Oct, 27, 2013, and Oct, 27, 2015 ("Customers"), as well as the total number of such transactions; (2) Counsel for Defendant have further represented that the best available information from Jimmy Choo vendors appears to

show that at least a majority of these Customers provided their names and/or addresses to Jimmy Choo and that these names and/or addresses are available through Jimmy Choo vendor records; and (3) Defendant will provide Plaintiff with a declaration confirming these two statements.

WHEREFORE, the parties believe there is no need for any hearing on Plaintiff's Renewed Motion to Compel at this time, without prejudice to Plaintiff's right to reassert its request at a later phase of the case should she believe it necessary.

Dated:  September 5, 2016                    Respectfully submitted,

Steven R, Jaffe (Fla. Bar No. 390770)
E-mail: steve@pathtojustice.com
Seth M. Lehrman (Fla. Bar No. 132896)
E-mail: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

By:/s/  Seth M. Lehrman
        Seth M. Lehrman

Scott D. Owens, Esq.
(Fla. Bar No. 0597651)
E-mail: scott@scottdowens.com
Patrick Crotty (Fla. Bar No. 108541)
E-mail: patrick@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive
Hollywood, FL 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Bret L. Lusskin, Jr., Esq.
(Fla. Bar No. 28069)
E-mail: blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste. 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

*Counsel for Plaintiff*

Mark R. Cheskin
Florida Bar No.:  708402
mark.cheskin@hoganlovells.com
Carol A. Licko
Florida Bar No.:  435872
carol.licko@hoganlovells.com
James L. VanLandingham
Florida Bar No.:  106761
james.vanlandingham@hoganlovells.com
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, Florida  33131
Telephone:  (305) 459-6500
Facsimile:  (305) 459-6550

By:/s/  Mark R. Cheskin
          Mark R. Cheskin

*Counsel for Defendant J Choo USA, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2016, a true and correct copy of the foregoing Notice was electronically filed with the Clerk of Court using CM/ECF.  Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:/s/ Mark R. Cheskin