UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-cv-81487-BB

KERRI C. WOOD, individually and
on behalf of others similarly situated,

    Plaintiff,

v.

J CHOO USA, INC., d/b/a "Jimmy Choo",
a Delaware corporation,

    Defendant.
_____/

## MEDIATION REPORT AND NOTICE OF SETTLEMENT

Plaintiff, KERRI C. WOOD, through undersigned counsel, hereby submits this Mediation Report and Notice of Settlement. All parties were represented at the mediation on November 9, 2016. The parties have reached a tentative class-wide settlement subject to court approval and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, Plaintiff will file a motion seeking preliminary approval of the settlement pursuant to Rule 23. The parties anticipate filing the motion for preliminary approval by December 15, 2016.

Dated: November 15, 2016

Respectfully submitted,

/s/ *Seth M. Lehrman*
Steven R, Jaffe (Fla. Bar No. 390770)
E-mail: steve@pathtojustice.com
Seth M. Lehrman (Fla. Bar No. 132896)
E-mail: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

Scott D. Owens (Fla. Bar No. 0597651)
E-mail: scott@scottdowens.com
Patrick Crotty (Fla. Bar No. 108541)
E-mail: patrick@scottdowens.com
Sean Holas (Fla. Bar No. 115483)
E-mail: sean@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive
Hollywood, FL 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Bret L. Lusskin, Jr., Esq. (Fla. Bar No. 28069)
E-mail: blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste. 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 15, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

*/s/ Seth M. Lehrman*
Seth M. Lehrman, Esq.