## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-cv-81487-BLOOM/Valle**

KERRI C. WOOD, *individually and
on behalf of others similarly situated*,

      Plaintiff,

v.

J CHOO USA, INC.,
*d/b/a* JIMMY CHOO,

      Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff Kerri C. Wood's ("Plaintiff's") Mediation Report and Notice of Settlement, ECF No. [70], filed on November 15, 2016, which indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a motion for preliminary approval of the class-wide settlement on or before **December 15, 2016**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. All pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of November, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record