UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-81487-BLOOM/Valle

KERRI C. WOOD, *individually and on behalf of others similarly situated*,

    Plaintiff,

v.

J CHOO USA, INC.,
*d/b/a* JIMMY CHOO,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On February 23, 2017, Plaintiff filed her Motion for Final Approval of Class Action Settlement, Award of Attorneys' Fees and Expenses and Incentive Payment, ECF No. [83] (the "Motion"). The Court recognizes that the deadline for filing the Motion was set prior to the expiration of the relevant notice period. *See* ECF No. [80]. As such, the Court will consider the Motion at the Fairness Hearing. However, following the expiration of the notice period, if necessary, the parties shall supplement the record **no later than April 18, 2017.**

**DONE AND ORDERED** in Miami, Florida, this 24th day of February, 2017.

                                      **BETH BLOOM**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record