**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| KERRY C. WOOD, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 9:15-cv-81487-BB |
| J CHOO USA, INC. d/b/a "Jimmy Choo," | ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that W. Allen McDonald of the law firm of Lacy, Price & Wagner, P.C. appears as counsel for class member Cynthia L. Wagner and requests service of all notices and papers served in this case.

Respectfully submitted this 15th day of March, 2017.

/s/ W. Allen McDonald
W. Allen McDonald, Esq.
LACY, PRICE & WAGNER, P.C.
249 N. Peters Road, Suite 101
Knoxville, TN 37923
Telephone: (865) 246-0800
*Attorney for Cynthia L. Wagner*

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 15th day of March, 2017.

/s/ W. Allen McDonald